Official Form 416A (12/15)

**Form 416A. CAPTION (FULL)**

# United States Bankruptcy Court

For The District Of New Jersey

In re Eugene Tion Aeriel,

*[Set forth here all names including married, maiden, and trade names used by debtor within the last 8 years.]*

Debtor

Address
Johnson & Associates, PC
~~Adrian J. Johnson, Esq.~~
1 Tower Center Blvd, Suite 1510
~~East Brunswick, NJ 08816~~

Last four digits of Social-Security or Individual Tax- Payer-Identification (ITIN) No(s)., (if any): ____________

Employer's Tax Identification No(s). (if any): ____________

Case No. 26-15608-MBK

Chapter 13

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

JOHNSON & ASSOCIATES, PC
BY: ADRIAN J JOHNSON, ESQ.
(ATTORNEY ID: 000592012)
1 Tower Center Blvd., Suite 1510
East Brunswick, NJ 08816

ATTORNEYS FOR DEBTOR EUGENE TION AERIEL

IN RE:

EUGENE TION AERIEL

DEBTOR.

CHAPTER: 13

CASE NO. 26-15608-MBK

HONORABLE MBK

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

Comes now Appellant, Eugene Tion Aeriel, and hereby designates the following items to be included in the record on appeal and states the issues to be presented, pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1).

**I. DESIGNATION OF RECORD**

The record on appeal should include the following documents from the bankruptcy court's docket:

1. Debtor's Chapter 13 Plan [ECF No. 11].

2. Debtor's Opposition to Objection of Creditor, RJV's Paramount Properties, LLC, to confirmation of Debtor's Chapter 13 Plan [Filed July 29, 2026][ECF No. 18].
3. Debtor's Supplemental Opposition to Creditor's Objection to Confirmation of Chapter 13 Plan and Memorandum of Law Regarding the Void Nature of the Post-Petition Sheriff's Sale [Filed July 31, 2026][ECF No. 20].
4. Objection of Creditor, RJV's Paramount Properties, LLC, to Debtor's Chapter 13 Plan [Filed July 22, 2026][ECF No. 17].
5. Creditor, RJV's Paramount Properties, LLC, Supplemental Objection to Debtor's Chapter 13 Plan [Filed July 31, 2026][ECF No. 19].
6. The Court's Order denying confirmation of the Chapter 13 Plan and concluding that the Debtor lacks standing in the assets of his single-member LLC (the "Order on Appeal") and dismissing the Debtor's Chapter 13 case [Entered August 5, 2026][ECF No. 22].
7. All docket entries from the commencement of the case through the entry of the Order on Appeal.
8. Transcript(s) of all hearings related to confirmation of the Debtor's Chapter 13 Plan, including but not limited to the hearing held on August 3, 2026.

**II. STATEMENT OF ISSUES**

1. Whether the Bankruptcy Court erred in concluding that the Debtor lacked standing to assert an interest in the assets of his single-member LLC, EU's Real Estate, LLC, for purposes of

bringing the LLC's primary real property asset in to his Chapter 13 bankruptcy estate.

2. Whether the Bankruptcy Court erred in concluding that the post-petition Sheriff's Sale of the LLC's real property, conducted on June 16, 2026, did not violate the automatic stay under 11 U.S.C. § 362(a).

3. Whether the Bankruptcy Court erred in failing to find that the Sheriff's Sale, having been conducted in violation of the automatic stay, was void ab initio under Third Circuit precedent.

4. Whether the Bankruptcy Court erred in failing to recognize that, as the sole member of the LLC, the Debtor holds an equitable interest in the LLC's assets that constitutes property of the bankruptcy estate under 11 U.S.C. § 541 (a)(1), and that the Sheriff's Sale was an act to exercise control over property of the estate in violation of 11 U.S.C. § 362 (a)(3).

Dated: 31 August 2026

RESPECTFULLY SUBMITTED,

JOHNSON & ASSOCIATES AT LAW, P.C.

BY:s/ADRIAN J. JOHNSON, ESQ.
ADRIAN J. JOHNSON, ESQ.
ATTORNEYS FOR EUGENE TION AERIEL, DEBTOR
1 TOWER CENTER BLVD., SUITE 1510
EAST BRUNSWICK, NJ 08816
(P): 1.848.229.2254
Email: ajohnson@johnsonlegalpc.com